1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant BARNLA
6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-05-0375 SI
                                    )
12                Plaintiff,        )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO CONTINUE STATUS
13       v.                         )   CONFERENCE
                                    )
14 ASA BARNLA, et al.,              )
                                    )
15                Defendants.       )
                                    )
16

17       Defendant Asa Barnla is one of several defendants charged in a conspiracy to distribute

18 marijuana. The parties have engaged in settlement negotiations and have agreed in principle to a

19 disposition of the matter as to Mr. Barnla. Accordingly, the parties agree and stipulate that Mr.

20 Barnla's appearance at the status conference regarding the other defendants in this matter on

21 October 14, 2005 shall be waived. Having conferred with the Court's deputy, the parties further

22 ///

23 ///

24 ///

25 ///

26 ///

CR 05-0375 SI; STIP TO CONTINUE
APPEARANCE                                        1

1  agree and stipulate that Mr. Barnla shall appear for change of plea on Wednesday, November 2,
2  2005 at 11:00 AM.  A copy of the proposed plea agreement will be delivered to the Court, under
3  seal, in advance of the November 2 hearing.
4      IT IS SO STIPULATED.
5  Dated: 10/11/05

BARRY J. PORTMAN
6  Federal Public Defender
   JOSH COHEN
7  Assistant Federal Public Defender

8  Dated: 10/11/2005

9  KEVIN V. RYAN
   United States Attorney
10 ANDREW SCOBLE
   Assistant United States Attorney
11

12     Accordingly, and for good cause shown, Mr. Barnla's appearance at the status conference
13 in this matter on October 14, 2005 shall be waived.  The parties are directed to appear for change
14 of plea on November 2, 2005 at 11:00 AM.
15     IT IS SO ORDERED.
16 Dated:

17                                         SUSAN ILLSTON
                                            UNITED STATES DISTRICT JUDGE

GRANTED
Judge Susan Illston

CR 05-0375 SI; STIP TO CONTINUE
APPEARANCE                                  2