| | |
|---|---|
| 1 | BARRY J. PORTMAN<br>Federal Public Defender |
| 2 | JOSH COHEN<br>Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building<br>450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102<br>(415) 436-7700 |
| 5 | |
| | Counsel for Defendant BARNLA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) | No. CR-05-0375 SI |
| 12 | Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | | ) | **ORDER TO CONTINUE APPEARANCE** |
| 13 | v. | ) | **DATE** |
| 14 | ASA BARNLA, et al., | ) | |
| 15 | Defendants. | ) | |

Defendant Asa Barnla is one of several defendants charged in a conspiracy to distribute marijuana. The parties have engaged in settlement negotiations and are scheduled to appear for change of plea on November 2, 2005. The government has requested an additional week to prepare the necessary paperwork, and the defense has no objection to the proposed continuance. Accordingly, having conferred with the Court's deputy, the parties agree and stipulate that the

///
///
///
///
///

CR 05-0375 SI; STIP TO CONTINUE
APPEARANCE                                    1

change-of-plea hearing presently scheduled for Wednesday, November 2, 2005 shall be continued to Wednesday, November 9, 2005 at 11:00 AM.

IT IS SO STIPULATED.

Dated: _____/S/_____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: _____/S/_____
KEVIN V. RYAN
United States Attorney
ANDREW SCOBLE
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Accordingly, and for good cause shown, the change-of-plea hearing presently scheduled for November 2, 2005 shall be continued to Wednesday, November 9, 2005 at 11:00 AM.

IT IS SO ORDERED.

Dated: _____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Susan Illston]*

CR 05-0375 SI; STIP TO CONTINUE
APPEARANCE                              2