BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant BARNLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0375 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |
| v. | |
| ASA BARNLA, | |
| Defendant. | |

Having entered a guilty plea to charges that he participated in a conspiracy to cultivate marijuana, defendant Asa Barnla is scheduled to be sentenced by this Court on February 17, 2006. The parties anticipate that this sentencing date will be continued by several months while litigation involving Mr. Barnla's codefendants continues.

Mr. Barnla is presently free on bond. One of the conditions of his release is that he not travel outside the Northern District of California.

Mr. Barnla has enrolled at California State University Fullerton for the spring semester. Accordingly, he will be residing in the Central District of California beginning in late January 2006. He must travel to the Fullerton area before classes begin in order to find housing. Pretrial Services does not object to Mr. Barnla's studies or his travel to Fullerton in January.

CR 05-0375 SI; STIP TO MODIFY RELEASE
CONDITIONS                                         1

Accordingly, the parties agree and stipulate that Mr. Barnla's release conditions shall be modified to permit him to travel to and from the Central District of California.

IT IS SO STIPULATED.

Dated: _____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: _____
KEVIN V. RYAN
United States Attorney
ANDREW SCOBLE
Assistant United States Attorney

Accordingly, and for good cause shown, the Court orders that the defendant's release conditions shall be modified as follows: In addition to the Northern District of California, Mr. Barnla may travel to and from the Central District of California.

IT IS SO ORDERED.

Dated: _____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[Stamp: GRANTED — Judge Susan Illston — United States District Court, Northern District of California]

CR 05-0375 SI; STIP TO MODIFY RELEASE CONDITIONS          2