1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant BARNLA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-05-0375 SI (NJV)
                                    )
12              Plaintiff,          )   STIPULATION AND [PROPOSED]
                                    )   ORDER MODIFYING CONDITIONS OF
13      v.                          )   RELEASE
                                    )
14 ASA BARNLA,                      )
                                    )
15              Defendant.          )
                                    )
16 ─────────────────────────────────

17         Having entered a guilty plea to charges that he participated in a conspiracy to cultivate

18 marijuana, defendant Asa Barnla is scheduled to be sentenced on June 16, 2006.  The parties

19 anticipate that this sentencing date will be continued by several months while litigation involving

20 Mr. Barnla's codefendants continues.

21         Mr. Barnla is presently free on bond and carrying a full courseload at California State

22 University in the Los Angeles area.  He is being supervised by United States Pretrial Services in

23 the Central District of California.

24         At present, the conditions of Mr. Barnla's release bond restrict his travel to the Northern

25 and Central Districts of California.  Mr. Barnla has family in San Diego, which is located in the

26 Southern District of California, and wishes to visit them on occasion.  Mr. Barnla's Pretrial

CR 05-0375 SI; STIP TO MODIFY RELEASE
CONDITIONS                                          1

1  Services officer does not object to this travel.

2  Accordingly, the parties agree and stipulate that Mr. Barnla's release conditions shall be
3  modified to permit him to travel to and from the Southern District of California with the advance
4  permission of United States Pretrial Services.

5  IT IS SO STIPULATED.

6  Dated: 3/1/06

   BARRY J. PORTMAN
7  Federal Public Defender
   JOSH COHEN
8  Assistant Federal Public Defender

9  Dated: 3/01/2006

10  KEVIN V. RYAN
    United States Attorney
11  ANDREW SCOBLE
    Assistant United States Attorney
12

13                          **ORDER**

14  Accordingly, and for good cause shown, it is hereby ordered that the defendant's release
15  conditions shall be modified as follows: In addition to the Northern and Central Districts of
16  California, Mr. Barnla may travel to and from the Southern District of California with the
17  advance permission of his Pretrial Services officer.

18  IT IS SO ORDERED.

19  Dated: 3/1/06

20  NANDOR J. VADAS
    UNITED STATES MAGISTRATE JUDGE

CR 05-0375 SI; STIP TO MODIFY RELEASE
CONDITIONS                                                  2