BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant BARNLA

Case 3:05-cr-00375-SI   Document 286   Filed 03/01/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-0375 SI (NJV) |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |
| v. | ) | |
| ASA BARNLA, | ) | |
| Defendant. | ) | |

Having entered a guilty plea to charges that he participated in a conspiracy to cultivate marijuana, defendant Asa Barnla is scheduled to be sentenced on June 16, 2006. The parties anticipate that this sentencing date will be continued by several months while litigation involving Mr. Barnla's codefendants continues.

Mr. Barnla is presently free on bond and carrying a full courseload at California State University in the Los Angeles area. He is being supervised by United States Pretrial Services in the Central District of California.

At present, the conditions of Mr. Barnla's release bond restrict his travel to the Northern and Central Districts of California. Mr. Barnla has family in San Diego, which is located in the Southern District of California, and wishes to visit them on occasion. Mr. Barnla's Pretrial

1  Services officer does not object to this travel.

2  Accordingly, the parties agree and stipulate that Mr. Barnla's release conditions shall be
3  modified to permit him to travel to and from the Southern District of California with the advance
4  permission of United States Pretrial Services.

5  IT IS SO STIPULATED.

6  Dated: 3/1/06

BARRY J. PORTMAN
7  Federal Public Defender
JOSH COHEN
8  Assistant Federal Public Defender

9  Dated: 3/01/2006

10  KEVIN V. RYAN
United States Attorney
11  ANDREW SCOBLE
Assistant United States Attorney

12

13  **ORDER**

14  Accordingly, and for good cause shown, it is hereby ordered that the defendant's release
15  conditions shall be modified as follows: In addition to the Northern and Central Districts of
16  California, Mr. Barnla may travel to and from the Southern District of California with the
17  advance permission of his Pretrial Services officer.

18  IT IS SO ORDERED.

19  Dated:

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT JUDGE

CR 05-0375 SI; STIP TO MODIFY RELEASE
CONDITIONS                                    2