BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant BARNLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-0375 SI (NJV) |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL TO NEW YORK |
| v. | ) | |
| ASA BARNLA, | ) | |
| Defendant. | ) | |

Having entered a guilty plea to charges that he participated in a conspiracy to cultivate marijuana, defendant Asa Barnla is presently free on bond awaiting sentencing. He is under the supervision of United States Pretrial Services in the Northern and Central Districts of California.

The conditions of Mr. Barnla's release bond require that he remain in California. Mr. Barnla's mother, who is surety in this case, resides in New Jersey. Mr. Barnla wishes to travel by air to New Jersey to visit his mother at her residence from March 24, 2006 through March 29, 2006. Mr. Barnla's Pretrial Services officer has been consulted and does not object to this travel.

Accordingly, the parties agree and stipulate that Mr. Barnla shall be permitted to travel by air to and from New Jersey from March 24, 2006 through March 29, 2006. Specifically, he shall be permitted to fly to New York's John F. Kennedy Airport and take ground transportation to his

mother's residence in Jersey City, New Jersey. He shall reside at his mother's residence during the trip, and shall contact his Pretrial Services officer upon his return to California.

IT IS SO STIPULATED.

Dated: 3/14/06

*[signature]*
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 3/14/2006

*[signature]*
KEVIN V. RYAN
United States Attorney
ANDREW SCOBLE
Assistant United States Attorney

**ORDER**

Accordingly, and for good cause shown, it is hereby ordered that the defendant's release conditions shall be modified as follows: The defendant may travel by air to New York's John F. Kennedy Airport on March 24, 2006 and stay with his mother, Sheryl Barnla, at her residence in Jersey City, New Jersey until March 29, 2006, when he shall return by air to California. The defendant shall contact his Pretrial Services officer when he returns to California.

All other conditions of the defendant's pretrial release shall remain in effect.

IT IS SO ORDERED.

Dated: 3/14/06

*[signature]*
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE